PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Patricia V. Trumbull<br>Chief U.S. Magistrate Judge | **RE:** | FREDERICK ROBINSON |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR 05-70325 PVT |
| **DATE:** | June 13, 2005 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Michelle Nero                                                                  510-637-3754
U.S. Pretrial Services Officer                                         TELEPHONE NUMBER

FILED
JUN 15 2005
CLERK
NORTHERN DISTRICT
SAN JOSE CALIFORNIA

**RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ [PVT] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _5_ on _6/20/05_ at _9:30 AM_.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____

_Patricia V. Trumbull_                                   _6/15/05_
**JUDICIAL OFFICER**                                    **DATE**

Cover Sheet (12/03/02)